

## NUMBER 13-26-00175-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

SIRBRUDA LAZARY BRIGHT, **Appellant,**

**v.**

JENNIFER BRIGHT, **Appellee.**

## ON APPEAL FROM THE 139TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Justice Cron**

On February 23, 2026, appellant filed a notice of appeal, and the following day, the Clerk of the Court requested appellant to remit a $205.00 filing fee within ten days from the date of the notice. On March 11, 2026, the Clerk notified appellant that he was delinquent in remitting said filing fee and that the appeal was subject to dismissal if the filing fee was not paid within ten days of the letter. *See* TEX. R. APP. P. 42.3(c).

Appellant has neither paid the filing fee nor otherwise responded to the notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

JENNY CRON
Justice

Delivered and filed on the
30th day of April, 2026.